*Eric Ogilvie vs. Lori Gidley (Warden)*

## INDEX TO EXHIBITS IN SUPPORT OF
## PETITION FOR HABEAS CORPUS

A. Transcript of Rebecca Swanson's 911 call

B. Transcript of Amy Ogilvie's 911 calls

C. Letter from Judge Kenny, February 10, 2012

D. Court of Appeals unpublished opinion, May 23, 2013

E. Letter to trial court, March 12, 2014

F. Trial Court opinion and order, June 10, 2014

G. Trial Court opinion and order, September 18, 2014

H. Reissuance of judgments, October 10, 2014

I. Juror Affidavit of Brenda Hart-Price