# Exhibit C



Rcvd ~6!
2 17 12

# THIRD JUDICIAL CIRCUIT
## OF MICHIGAN

TIMOTHY M. KENNY
PRESIDING JUDGE
CRIMINAL DIVISION

FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE
DETROIT, MICHIGAN 48226

(313) 224-5170
FAX (313) 237-9244

February 10, 2012

Eric Ogilvie, #759696
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI  49201

**RE:**  People v
Eric Ogilvie
Case # 09-025646-01-FH

Mr. Ogilvie,

This court is in receipt of your recent communication.

On February 1, 2012 your appellate attorney's motion to withdraw as appellate counsel was granted by Judge Patricia Fresard, You will be notified when the new appellate attorney has been appointed.

I urge you to maintain a relationship with the new appellate attorney as I am unwilling to appoint a third appellate attorney to your case.

Very truly yours,

Judge Timothy M. Kenny
Presiding Judge – Criminal Division
The Third Judicial Circuit Court of Michigan

TMK/dcl