```
 1                         STATE OF MICHIGAN

 2             THE THIRD JUDICIAL CIRCUIT COURT - (WAYNE COUNTY)

 3

 4   PEOPLE OF THE STATE OF MICHIGAN

 5                     VS.                        CIRCUIT COURT NO.
                                                     09-25646-01
 6
     ERIC ARLINGTON OGILVIE,
 7
               DEFENDANT.
 8   _____/

 9
                          POST-CONVICTION MOTION
10
         BEFORE THE HONORABLE PATRICIA S. FRESARD, CIRCUIT JUDGE
11
                 DETROIT, MICHIGAN - NOVEMBER  16, 2010
12

13      APPEARANCES:

14      FOR THE PEOPLE:   JON P. WOJTALA, P-49474
                          ASSISTANT PROSECUTING ATTORNEY
15                        1441 ST. ANTOINE
                          DETROIT, MICHIGAN  48226
16                        (313) 224-5777

17

18      FOR DEFENDANT:    JAMES S. LAWRENCE, P-33664
                          ATTORNEY-AT-LAW
19                        828 WEST 11 MILE ROAD
                          ROAYL OAK, MICHIGAN 48067
20                        (248) 399-6930

21

22      REPORTED BY:      M. ARLEN DREGER, CSR-2509
                          OFFICIAL COURT REPORTER
23                        (313) 224-2455

24

25

                                  1
```

```
 1                     C O N T E N T S

 2
     WITNESSES:  PEOPLE
 3
     NONE
 4

 5

 6   WITNESSES:  DEFENDANT

 7   NONE

 8

 9

10   EXHIBITS:                                  MARKED   RCVD

11   NONE

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                       DETROIT, MICHIGAN

2                       NOVEMBER 16, 2010    9:33 A.M.

3                            -   -   -

4            THE CLERK:  FILE NUMBER 09-15646, PEOPLE

5    VERSUS ERIC OGILVIE.  THE MATTER IS HERE FOR

6    POST-CONVICTION HEARING.

7            MR. LAWRENCE:  GOOD MORNING.  JAMES LAWRENCE

8    REPRESENTING ERIC OGILVIE, WHO IS NOT PRESENT.

9            THE COURT:  ALL RIGHT.

10           MR. WOJTALA:  GOOD MORNING.  JOHN WOJTALA FOR

11   THE PEOPLE.

12           THE COURT:  YOU MAY PROCEED.

13           MR. LAWRENCE:  YOUR HONOR, WE HAVE HAD

14   DISCUSSIONS YESTERDAY, AND I BELIEVE WE HAMMERED JUST

15   ABOUT EVERYTHING OUT.  I'LL GO THROUGH MY DESCRIPTION

16   AND THEN IF MR. WOJTALA HAS ANY CORRECTIONS OR

17   ADDITIONS, I'M SURE HE CAN GIVE THEM.

18           WHAT WE HAVE CONCLUDED IS THAT ONLY ONE OF

19   THE ISSUES THAT REQUIRES ANY EVIDENTIARY HEARING IS THE

20   ISSUE ON INEFFECTIVE ASSISTANCE OF COUNSEL.  WE HAVE

21   AGREED THAT WE WILL STIPULATE THAT THE TRANSCRIPT OF

22   THE 911 TAPE IS A CORRECT TRANSCRIPTION.

23           OUR PLAN IS FOR THE HEARING TO CALL FOUR

24   WITNESSES, IF THAT'S ALLOWED.  ONE OF THEM WOULD BE THE

25   DEFENSE COUNSEL WHO WILL BE ASKED ABOUT CERTAIN
```

1   DECISIONS THAT HE MADE, AND DEFENDANT OGILVIE HIMSELF.
2           WE WANT TO CALL FOR A MOMENT THE DEFENDANT
3   OGILVIE'S BROTHER FROM OUT OF STATE, WHO WOULD GIVE A
4   SHORT TESTIMONY ABOUT HOW EASY IT WAS FOR HIM, A
5   NON-LAWYER IN VIRGINIA TO GET THOSE 911 TAPES, AND THEN
6   ASSUMING THAT I CAN FIND HER, I HAVE NOT SPOKEN TO HER
7   YET, THE WOMAN WHO MADE THE 911 CALL, REBECCA SWANSON.
8           THOSE WOULD BE THE FOUR WITNESSES WE WOULD
9   PROPOSE TO CALL, AND ALL OTHER ISSUES ARE SIMPLY
10  MATTERS FOR LEGAL ARGUMENT AND DON'T REQUIRE WITNESSES.
11          THE COURT:  ALL RIGHT.
12          MR. WOJTALA:  THAT'S CORRECT, YOUR HONOR.  I
13  ANTICIPATE IT'S PROBABLY GOING TO TAKE LESS THAN 90
14  MINUTES, IF THAT; EVEN SHORTER THAN THAT.
15          MR. LAWRENCE:  I THINK THAT'S A FAIR
16  ASSESSMENT.
17          THE COURT:  ALL RIGHT.
18          MR. WOJTALA:  WITH THAT, YOUR HONOR, I ALSO
19  AGREE WITH THE STIPULATION AS FAR AS THE 911
20  TRANSCRIPTS OF THAT 911 TAPE.  BUT WE WILL GET TO THAT
21  WHEN WE ARE AT THE ACTUAL HEARING ITSELF.
22          THE COURT:  ALL RIGHT.
23          ANYTHING ELSE?
24          MR. LAWRENCE:  JUST THAT BECAUSE I AM HAVING
25  A WITNESS, THE DEFENDANT'S BROTHER, COME IN FROM OUT OF

1      STATE, A COUPLE WEEKS NOTICE WOULD BE USEFUL.
2              THE COURT:  ALL RIGHT.  THAT'S FINE.
3              WE'LL SET DATES.  BUT AS FAR AS THE OTHER
4      ISSUES THAT ARE NOT -- THAT DON'T REQUIRE HEARINGS,
5      LIKE THE ISSUE OF THE SELF-DEFENSE CLAIM, AND
6      INSTRUCTIONS GIVEN; WAS THERE GOING TO BE A RESPONSE,
7      PROSECUTOR'S RESPONSE ON THAT?
8              MR. WOJTALA:  YES, YOUR HONOR.
9              NORMALLY WHAT I REQUEST IS AFTER THE HEARING,
10     ONCE WE DISCOVER THE TESTIMONY, AND NOT TO TRY TO
11     PROLONG ANYTHING -- ONCE WE ACTUALLY HAVE THE HEARING
12     AND EVIDENCE, I NORMALLY REQUEST TO FILE A WRITTEN
13     RESPONSE AT THAT POINT; ONCE WE HAVE ALL THE EVIDENCE.
14     BUT IF THE COURT PREFERS, I COULD FILE ONE PRIOR TO THE
15     ACTUAL HEARING.
16             THE COURT:  WELL, ON THE ISSUES THAT DON'T
17     REQUIRE YOU TO HAVE A HEARING THAT DOESN'T TOUCH UPON
18     IT, YOU KNOW, YOU COULD RESPOND, AND THEN YOU COULD
19     RESPOND SEPARATELY AFTER THE HEARING TO ANY OF THE
20     ISSUES THAT ARE COVERED BY THE HEARING.
21             MR. WOJTALA:  CERTAINLY, YOUR HONOR.
22             THE COURT:  ALL RIGHT.
23             MR. LAWRENCE:  THEN IT'S MY UNDERSTANDING
24     THAT WE WILL BE BACK HERE ON MONDAY, REGARDING MY
25     MOTION FOR BOND PENDING APPEAL?

```
1                    THE COURT:  ALL RIGHT.
2                    COUNSEL, I ALSO WANTED TO MEET WITH YOU IN
3          CHAMBERS, BRIEFLY.
4                    (BRIEF RECESS)
5                    (COURT RECONVENED AT 9:38 A.M.)
6                    THE CLERK:  WE ARE BACK ON THE RECORD ON
7          PEOPLE VERSUS ERIC OGILVIE.
8                    THE COURT:  THE RECORD SHOULD REFLECT WE HAVE
9          HAD A MEETING IN CHAMBERS REGARDING THIS CASE, AND SOME
10         NEGOTIATING TO BE DONE ON THIS CASE POSSIBLY, AND ALSO
11         SOME DATES TO SET FOR HEARINGS.  WE ARE GOING TO HAVE A
12         HEARING DATE SET FOR DECEMBER 6TH.
13                   ALSO THE DEFENDANT, IT'S MY UNDERSTANDING,
14         THE DEFENDANT HAS BEEN WRITTED OVER, AND HE WILL BE
15         HERE ON THE 22ND.  COUNSEL MAY NEED TO SPEAK TO EACH
16         OTHER AND MAY TALK TO THE DEFENDANT.  THE COURT WILL BE
17         HERE, BUT WE'LL SET THE 22ND ONLY FOR A DATE IN CASE
18         THERE IS -- IF THERE IS ANY EARLY RESOLUTION THAN YOU
19         CAN BRING IT TO THE COURT'S ATTENTION, AND WE'LL PLACE
20         IT ON THE RECORD, OTHERWISE WE WILL SEE YOU ON THE 6TH.
21                   MR. LAWRENCE:  THANK YOU, JUDGE.
22                   MR. WOJTALA:  THANK YOU.
23                   THE CLERK:  DO YOU WANT HIM BROUGHT OVER ON
24         THE 22ND?
25                   THE COURT:  YES.
```

```
 1                   (HEARING CONCLUDED)
 2         R E P O R T E R ' S    C E R T I F I C A T E
 3
 4
    STATE OF MICHIGAN )
 5                    ) - SS
 6  COUNTY OF WAYNE   )
 7
 8
 9  I, M. ARLEN DREGER, CSR-2509, OFFICIAL COURT REPORTER IN AND
10  FOR THE THIRD JUDICIAL CIRCUIT COURT, FOR THE COUNTY OF
11  WAYNE, STATE OF MICHIGAN, DO HEREBY CERTIFY THE FOREGOING
12  TRANSCRIPT WAS REDUCED TO TYPEWRITTEN FORM BY MEANS OF
13  COMPUTER-ASSISTED TRANSCRIPTION AND COMPRISE A TRUE AND
14  ACCURATE TRANSCRIPT OF THE PROCEEDINGS TAKEN IN THE
15  ABOVE-ENTITLED MATTER.
16
17                                  ------------------------------
                                    M. ARLEN DREGER, CSR-2509
18                                  OFFICIAL COURT REPORTER
19
20
21  DATED:
22  TRANSCRIPTS THAT DO NOT REFLECT A SIGNATURE IN BLUE INK MAY
23  BE AN UNAUTHORIZED COPY.
24
25
```